IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

SARAH E. ISBELL, *et al.*,           )
                                     )
                 Plaintiffs,         )
                                     )
v.                                   )    Case No. CIV-11-1423-D
                                     )
CITY OF OKLAHOMA CITY,               )
OKLAHOMA, *et al*.,                  )
                                     )
                 Defendants.         )

## ORDER OF DISMISSAL

On June 8, 2012, the Court entered its Order Allowing Withdrawal of Counsel [Doc. No. 43], which withdrew attorney Mark E. Hammons as counsel of record for Plaintiffs in this action.  By that Order, the Court directed Plaintiffs either to obtain new counsel or to give notice, individually, of their intent to proceed *pro se* within a specified time period.

On July 11, 2012, the Court entered its Order to Show Cause [Doc. No. 44].  By that Order, the Court directed Plaintiffs either to comply with the June 8 Order or to show cause, individually, for their failure to comply.  Plaintiffs were directed to file a written response by July 25, 2012, and cautioned that a failure to respond would result in the dismissal of their action.

Only Plaintiff Sarah E. Isbell has filed a timely response.  Plaintiff Isbell states her intent not to proceed with this case and requests a voluntary dismissal of all her claims. Because Defendants have neither answered nor moved for summary judgment, this statement serves as a notice of voluntary dismissal of Plaintiff Isbell's action pursuant to Fed. R. Civ.

P. 41(a)(1)(A)(i). *See Janssen v. Harris*, 321 F.3d 998, 1000 (10th Cir. 2003); *see also*

*Netwig v. Georgia Pacific Corp.*, 375 F.3d 1009, 1010 (10th Cir. 2004). As to the remaining

Plaintiffs, their failure to comply with prior orders warrants an involuntary dismissal pursuant

to Fed. R. Civ. P. 41(b) and the inherent authority of the Court.

IT IS THEREFORE ORDERED that this case is DISMISSED without prejudice to

refiling. The Clerk shall serve a copy of this Order on Plaintiffs' former counsel, Mark E.

Hammons, who shall promptly forward copies to each plaintiff at his or her last known

address.

IT IS SO ORDERED this 1st of August, 2012.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE